October 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

**MECHANICAL SYSTEMS LIMITED AND CHIEF TONY UKASANYA,**
Appellants

NO. 14-14-00684-CV                    V.

JOLACO MARITIME SERVICES, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 14, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Mechanical Systems Limited and Chief Tony Ukasanya.

We further order this decision certified below for observance.